ORIGINAL

EDOK - Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

**In the matter of the search of:**
**The property located at 11638 E. 167th Street S.,**
**Webbers Falls, Oklahoma, 74470, within the**
**Eastern District of Oklahoma**

**Case No.** 26-MJ-62-DES

## SEARCH AND SEIZURE WARRANT

**TO:**      ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before ___March 31, 2026___
*(not to exceed 14 days)*

☒      in the daytime 6:00 a.m. to 10:00 p.m.
☐      at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate D. Edward Snow.

☐      I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
☐      for _____ days *(not to exceed 30)*.
☐      until, the facts justifying, the later specific date of

Date and time issued:      ___March 17, 2026___

_____
*Judge's signature*

City and state:      __Muskogee, Oklahoma__

D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*



**Return**

| Case No.:<br>  26-MJ-62-DES | Date and time warrant executed:<br>  03/17/2026 9:00 am | Copy of warrant and inventory left with:<br>  In Residence |
|---|---|---|

Inventory made in the presence of :
  N/A

Inventory of the property taken and name of any person(s) seized:

o One hundred thirty-one (131) rounds of miscellaneous ammunition, including sixty (60) .223 rounds, (61) .22 caliber rounds, and two (2) Tokarev magazines loaded with ten (10) rounds of 12-gauge ammunition Located in truck toolbox.
o Glock model 21 Gen. 4 pistol, 45ACP caliber, S/N: AEXA042, magazine loaded with four (4) rounds. Located on master bed.
o Tokarev model TAR 12, 12-gauge shotgun, S/N: 52-H22YD-008157, magazine loaded with five (5) rounds. Located in gun case next to bed.
o Ruger model 10/22, 22 caliber rifle, S/N: 116-09582, magazine loaded with 28 rounds. Located in gun case next to bed.
o One (1) round of Hornady brand 6.5 Creedmoor ammunition. Located on master bed.
o Eleven (11) rounds of miscellaneous ammunition. Located in master bedroom.
o Blue in color Samsung cell phone. Seized exigently. Located on master bed.
o Ziplock bag containing approximately 49 grams of suspected methamphetamine (weight includes packaging). Located in green bag hanging from master bedroom dresser. Seized as contraband.

**Certification**

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        03/19/2026

_____
*Executing officer's signature*

ATF Special Agent Rebecca Davison
_____
*Printed name and title*

## ATTACHMENT A

The property to be searched is located at 11638 E. 167th Street S., Webbers Falls, OK 74470, within the Eastern District of Oklahoma. The property to be searched includes all storage places, safes, garages, structures and any automobiles which may be found within the curtilage of said property. The property to be searched is described as a beige and maroon trailer with white trim. The GPS Coordinates are (35.5155996, -95.1836029). The property to be searched is pictured below:



**ATTACHMENT B**

a.  All items that constitute evidence, instrumentalities, and contraband of violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

b.  Firearms, ammunition, and firearms accessories.

c.  Documents, receipts, or evidence that would be related to the purchase, possession, or act of obtaining a firearm. Any items pertaining to the possession, ownership and/or disposition of any firearm, to include but not limited to gun cases, ammunition, gun magazines, holsters, spare and component parts for firearms, firearms cleaning equipment, gunsmithing tools, acquisition or ownership documents, and receipts for the purchase and for repair of all these items.

d.  Records to establish the persons who control, possess, or have custody or dominion over property searched and from which evidence is seized, to include but not be limited to personal mail, checkbooks, personal identification, notes, other correspondence, financial documents, keys, leases, and bills.